IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHERYL ANN MALONEY, | CV 18-93-BLG-TJC |
| Plaintiff, | |
| vs. | **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 450(g).

On remand, the Administrative Law Judge will offer Plaintiff the opportunity for a new hearing. The ALJ will reevaluate and further develop the medical opinions of record, further consider Plaintiff's subjective allegations, reevaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p, and reevaluate steps four and five with the assistance of a vocational expert, if necessary. Finally, the ALJ will issue a new decision.

Upon proper application, Plaintiff may seek an award of reasonable attorney

///

///

fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 20th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge