UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHERYL A. MALONEY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br> Commissioner of Social Security<br> Administration,<br><br>    Defendant. | Case No. CV-18-93 -BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 450(g)..

 Dated this 20th day of December, 2018.

           TYLER P. GILMAN, CLERK

           By: /s/ Judith Rhoades
           Judith Rhoades, Deputy Clerk